1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA BOVO,<br><br>                        Plaintiff,<br>   v.<br><br>SPOTON TRANSACT LLC et al.,<br><br>                        Defendants. | CASE NO. 3:25-cv-05296-LK<br><br>ORDER DISMISSING CASE |

      This matter comes before the Court sua sponte. Plaintiff Angela Bovo filed a Proposed Complaint for Employment Discrimination before this Court on March 31, 2025. Dkt. No. 1. On April 7, 2025, the Clerk of Court directed Ms. Bovo to correct a number of filing deficiencies. Dkt. No. 3. In particular, the letter noted that Ms. Bovo had failed to either pay the requisite filing fee of $405.00 or submit an application to proceed in forma pauperis ("IFP"). *Id.* at 1. The Clerk of Court warned Ms. Bovo that failure to correct this deficiency by May 7, 2025 could result in the dismissal of her case. *Id.* The Clerk's notice was sent to Ms. Bovo's address on file, *compare id. with* Dkt. No. 1 at 1, but returned as undeliverable, Dkt. No. 5.

ORDER DISMISSING CASE - 1

1 | To date, Ms. Bovo has neither paid the filing fee nor filed an IFP application. "A party must pay the Civil Filing Fee when it files . . . any civil action except for proceedings in forma pauperis under LCR 3(c) or as otherwise exempted by law." LCR 3(b); *see also* 28 U.S.C. § 1914(a). An action may proceed without the immediate payment of a filing fee only for parties proceeding IFP. *See* 28 U.S.C. § 1915. Absent IFP status, however, failure to pay the filing fee results in dismissal without prejudice. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995); *see also, e.g.*, *Tudor v. Biden*, 2:24-CV-1150-JNW, 2025 WL 1208257, at *1 (W.D. Wash. Apr. 25, 2025). The Court accordingly DISMISSES Ms. Bovo's complaint without prejudice. Dkt. No. 1. The Clerk is directed to close this case.

Dated this 12th day of August, 2025.

*[signature: Lauren King]*

Lauren King
United States District Judge

ORDER DISMISSING CASE - 2